UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| SMITH & WESSON CORP., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:15-cv-01804-RDB |
| PANTHER BRANDS, INC., *et al.*, | ) |
| Defendants. | ) |

# ~ORDER~

**UPON CONSIDERATION** of the Second Consent Motion To Extend Time To Respond To Complaint, plaintiff having consented thereto, the record in this case, and the applicable law, it is this 30th day of July, 2015,

**ORDERED** that the Second Consent Motion To Extend Time To Answer or Otherwise Respond To Complaint be and hereby is **GRANTED**; and it is further

**ORDERED** that the time in which defendants must respond to the Complaint in this action be and hereby is extended to and including **AUGUST 12, 2015**.

_____
**JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**